reasons for this order pursuant to Rule 30.-25(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Phillip A. HUMPHREY,
Defendant/Appellant.

No. 64383.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 9, 1994.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and CRIST and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from his conviction, by a jury, of possession of a controlled substance, § 195.202, RSMo Supp.1993. He was sentenced by the court as a prior offender and prior drug offender to a prison term of five years. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their infor-

mation only, setting forth the reasons for this order pursuant to Rule 30.25(b).